UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORAYA MARIA RIGOR,<br><br>Plaintiff,<br><br>v.<br><br>CLAIRE BUCKLEY, et al.,<br><br>Defendants. | No.  2:23-cv-02352-DAD-CKD (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 4) |

Plaintiff Soraya Maria Rigor, proceeding *pro se* and *in forma paurperis*, initiated this civil action on October 17, 2023.  (Doc. No. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 3, 2024, the assigned magistrate judge issued findings and recommendations recommending that action be dismissed, without prejudice, because plaintiff has failed to allege a proper basis for subject matter jurisdiction over the claims brought in this action.  (Doc. No. 4.)  In particular, plaintiff did not respond to the court's November 28, 2023 order to show cause in writing why this action should not be dismissed due to a lack of jurisdiction "[b]ecause there is no basis for federal subject matter jurisdiction evident in the complaint."  (Doc. No. 3.)  The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (Doc. No. 4 at 2.)  To date, no

/////

1

objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on January 3, 2024 (Doc. No. 4) are adopted in full;
2. This action is dismissed due to this court's lack of jurisdiction over plaintiff's claims; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **January 30, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2